IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARMANE SMITH,
   Plaintiff,

v.

SUNTRUST BANK,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-898-TWT

<u>ORDER</u>

This is a pro se civil action arising out of some sort of dispute between the Plaintiff and the Defendant concerning her former bank accounts. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice. The Plaintiff's objections to the Report and Recommendation are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. If this action is refiled, the Plaintiff must pay the full filing fee.

SO ORDERED, this 21 day of April, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge